Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Kyle Frank Perrault

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| TAMMY JEAN COURTNEY, | Case No.: EDCV 12-01699 MAN |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Joint Stipulation to Dismiss Case with Prejudice ("Stipulation"), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned case is dismissed with prejudice and with

///

---

[1]    Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the defendant in this action.  (*See* Fed. R. Civ. P. 25(d).)

-1-

1    each party to bear her own costs and expenses.

2

3    DATE:  February 28, 2013

                              _Margaret A. Nagle_
4                             _____
                              MARGARET A. NAGLE
5                             UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26